FILED

10/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0353

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0353

_____

EDWARD ZABROCKI,

      Petitioner and Appellant,

    v.

THE TEACHERS' RETIREMENT SYSTEM
OF THE STATE OF MONTANA,

      Respondent and Appellee.

_____

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on October 16, 2020, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 11(6)(b)(iii) requires that the cover page include "the title of the case from the tribunal in which the case originated or from which an appeal is taken," including the name, venue, and judge in which the case originated or from which an appeal is taken. Appellant's brief does not include the name, venue, or presiding judge.

M. R. App. P. 12(1)(i) provides that an appellant's opening brief shall contain an appendix that includes the relevant judgment, orders, findings of fact, conclusions of law, jury instructions, rulings, or decisions from which the appeal is taken. Appellant did not include the underlying orders, including the District Court order from which he appeals.

IT IS THEREFORE ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that the Appellant shall file electronically an appendix including the relevant judgment(s) or order(s) from the District Court. Pursuant

to Rule 12(4) of the Temporary Electronic Filing Rules, Appellant shall submit a paper copy of the appendix with each of the seven paper copies of the electronically filed brief;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to counsel for the Appellant and to all counsel of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
October 20 2020